THE STATE EX REL. RUFFIN, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Ruffin v. Indus. Comm.* (1999), 86 Ohio St.3d 385.]

(No. 98–2063—Submitted June 22, 1999—Decided September 8, 1999.)

*Clements, Mahin & Cohen, L.L.P.,* and *Lane N. Cohen,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Steven P. Fixler,* Assistant Attorney General, for appellees Industrial Commission and Administrator, Bureau of Workers' Compensation.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.